AUSA:     Andrew Picek          Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint          Special Agent:     Jimmie Pharr          Telephone:  (313) 202-3400

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
    v.

Dionte Hatcher

Case: 2:25−mj−30597
Assigned To : Unassigned
Assign. Date : 9/22/2025
Description: USA v Hatcher
(SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 17, 2025 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jimmie Pharr, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___ September 19, 2025 ___

City and state: _ Detroit, MI _

_____
*Judge's signature*

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jimmie Pharr, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

## I.    INTRODUCTION

1.  I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since January 17, 2016. I am currently assigned to the Detroit Field Division. I completed 26 weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior. I was also employed as a Detroit Police Department Officer for approximately three years, 2013-2016. During my DPD employment, I conducted and

participated in numerous criminal investigations focused on individuals who illegally possessed firearms and narcotics.

2. This affidavit is in support of criminal complaint and application for an arrest warrant for Dionte Lamar HATCHER for the crime of Title 18, U.S.C. § 922(g)(1), felon in possession of a firearm.

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all information known to law enforcement regarding this investigation.

## II.    SUMMARY OF THE INVESTIGATION

4. On April 17, 2025, officers of the Detroit Police Department (DPD) were on patrol in the area of xx32 Liebold St. Detroit, Michigan, in the Eastern District of Michigan. Officers were patrolling in a semi-marked police vehicle when they observed a group of males congregating in what appeared to be an abandoned and vacant lot. The males appeared to be "shooting dice." One male, later identified as Dionte HATCHER, looked in the direction of the officer's vehicle. After noticing the police,

HATCHER stopped engaging in the dice game and began walking toward Liebold St. away from the group of males, appearing to be trying to evade officers.

5.   The officers approached the group in their vehicle. As HATCHER walked away from the group of males, the officers saw HATCHER pulling at his right waistband area with his right hand, consistent with an individual in possession of illegal contraband.

6.   Officers exited their vehicle, giving HATCHER commands to stop. HATCHER looked back at officers while continuing to pull at his right waistband and then fled on foot in unprovoked flight. Officers pursued HATCHER on foot. HATCHER ran past xx72 Liebold St and briefly out of the line of sight of the officers as he passed in front of the house and cut through the front yard of xx72 Liebold St. He then ran across the street and into the back yard of xx87 Liebold St. where he was apprehended.

7.   The officers then canvassed the pathway in which HATCHER ran in an effort to recover possible contraband discarded during the foot pursuit. A DPD officer recovered a loaded Taurus pistol, model G3C, caliber 9mm, with one magazine containing ammunition from the front

yard of xx72 Liebold St. The firearm was lying on the lawn next to a

black holster designed to be worn inside the waistband. The firearm

was directly on the path taken by HATCHER as he fled.



8. HATCHER was arrested for carrying a concealed pistol and

conveyed to the Detroit Detention Center without incident.

9. On April 18, 2025, a DPD investigator later conducted a post-

*Miranda* interview with HATCHER. During the interview, HATCHER

4

stated he did not throw the firearm, but when asked if his DNA would be present on the firearm, HATCHER stated that he did not know.

10.     On May 21, 2025, I reviewed DPD body worn camera and cruiser video footage of the arrest of HATCHER. I observed that as HATCHER was walking away from the group of other males, HATCHER had his right hand near his right waistband. His left arm could be see freely swinging, while his right arm was bent with the elbow raised, and he appeared to be struggling in an attempt to pull an item from his right waistband area.  In my experience, this is consistent with a person attempting to remove a holster from inside their waistband that contains a firearm. The holster officers found lying next to the pistol appears to be a hard plastic holster with a hard plastic clip on the outside, oriented in a manner consistent with being carried inside the waistband on the right hip.



11.     As an ATF Interstate Nexus Agent, I know that Taurus

pistols are not manufactured in the State of Michigan. Therefore, it is in

my preliminary opinion that the above stated firearm traveled in

interstate or foreign commerce.

12.     HATCHER has the following criminal history:

13.     2008, felony: Armed Robbery and Felony Firearm, 3rd Circuit

Court of Michigan, Wayne County.

14.     2017, felony: Assaulting, Resisting, & Obstructing, 3rd

Circuit Court of Michigan, Wayne County.

15.     2022, felony: Assault with a Dangerous Weapon, 3rd Circuit Court of Michigan, Wayne County.

16.     2022, felony: Assaulting, Resisting, & Obstructing, 3rd Circuit Court of Michigan, Wayne County.

17.     HATCHER is a convicted felon and was convicted of violations that were punishable of more than one year in prison. Additionally, HATCHER was under the Michigan Department of Corrections (MDOC) supervision for his most recent conviction. I reviewed records from MDOC, including form CSJ-290 signed by HATCHER on January 18, 2024, which informed him in writing that he is prohibited from possessing firearms or ammunition.

## III.   CONCLUSION

18.

      Probable cause exists that Dionte Lamar HATCHER, a convicted felon, was in possession of a Taurus pistol, model: G3C, caliber: 9mm, manufactured outside the State of Michigan, knowing that he was a felon and prohibited from possessing any firearms or ammunition, in violation of Title 18, U.S.C. § 922(g)(1).

                Respectfully Submitted,

                _____

                Jimmie Pharr, Special Agent,
                Bureau of Alcohol, Tobacco,
                  Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

DATED:  September 19, 2025